

Form: ntcsta
Rev: 01/15/2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                    Case Number: **10−05362−PCW11**

**Millennium Development, LLC**           Chapter: **11**
(Debtor)
                                          **NOTICE OF STATUS CONFERENCE IN SMALL BUSINESS CHAPTER 11 CASE**

To: Debtor−In−Possession
Attorney for Debtor−In−Possession
US Trustee
All Parties In Interest

PLEASE TAKE NOTICE that the above−entitled case has been designated as a Small Business Chapter 11 case and as such, certain additional duties are required of the Debtor−In−Possession by Section 1116 of the Bankruptcy Code. One of the duties is to attend, through the Debtor−In−Possession's senior management personnel and counsel, any meetings scheduled by the Court.

PLEASE FURTHER TAKE NOTICE that the Court has determined that a status conference is necessary and has scheduled a telephonic status conference as follows:

Date: 11/04/2010
Time: 2:30 p.m.
Telephone Number: (509) 353−3183

PLEASE FURTHER TAKE NOTICE that although the Debtor−In−Possession, and its counsel, are required to attend the status conference, parties in interest may, but are not required to, attend. Any party in interest desiring to attend may do so by calling the above telephone number on the date and time indicated.

PLEASE FURTHER TAKE NOTICE that at this status conference, the Debtor−In−Possession, or its counsel, shall be prepared to discuss the general status of the case and inform the Court and participants of any issues that might prevent the expeditious and economic resolution of the case.

Date: September 17, 2010                              CLERK OF COURT

                                                      /s/ Terri Harvey

                                                      Deputy Clerk