JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Millennium Development, LLC<br><br>Debtor | Case No. 10-05362-PCW11<br><br>AGREED SCHEDULING ORDER<br><br>[28 U.S.C. § 586(a)(7)(iv) ]<br>[11 U.S.C. § 105(d)] |

The United States Trustee and the Debtor by and through their respective counsel hereby submit a scheduling order for this chapter 11 case. The Debtor reserves the right to file requests for extensions of the time as the circumstances of the case may require.

The parties set the following deadlines for the following events to occur:

1. The debtor shall file the documents required under 11 U.S.C. §1116(1) by October 6, 2010;

2. The debtor shall file an application for the employment of Brett T. Sullivan as attorney for the estate by October 12, 2010;

3. The debtor shall provide the United States Trustee with evidence

Agreed Scheduling Order - 1

1  showing that adequate insurance is in place by October 12, 2010;

2  4. The debtor shall open a debtor-in-possession bank account at an

3  authorized depository by October 12, 2010; and

4  5. The debtor shall file a plan and disclosure statement by December 15,

5  2010.

Dated: October 5, 2010

Respectfully submitted,

ROBERT D. MILLER JR.  Sullivan Law Office PS
United States Trustee

/s/ *James D. Perkins*  /s/ *Brett T. Sullivan*
JAMES D. PERKINS, WSBA #12996  BRETT T. SULLIVAN, WSBA #24131
Attorney for the United States Trustee  Counsel for the Debtor

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED.

_____
Patricia C. Williams
Bankruptcy Judge

10/07/2010 17:02:55

Agreed Scheduling Order - 2